DISMISSAL AND NOTICE OF RIGHTS
DATED MAY 7, 2009.

1:09-fp-193

CAROL SKINNER          CELL PHONE 603-475-3723
29 LOWELL ROAD LOT #5
SALEM, NH 03079-4049

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2009 JUN -3 A 11:34

JUNE 1, 2009

EEOC CHARGE NO. 16D-2007-00013

I am filing a law suit against the Salem School District. I feel they terminated me for no reason and it was unfair.

My doctor told me to use a cane and this would alleviate some of the pain. The manager complained about the cane so I told her I would not use it.

Even though I had some pain, I still could work.

I do not have a lawyer at this time.

Thank You
Sincerely,
Carol Skinner

CAROL SKINNER                          PAGE 1
EEOC CHARGE NO. 16D-2007-00013
RESPONDENT: SALEM SCHOOL DISTRICT

I worked for the Salem School District for ten (10) years in Food Service. I began as a substitute. I eventually became a permanent worker. Even though I was permanent, they continued to ask me to help at the seven (7) other schools. This went on for years.

I finally had a permanent position at the high school as worker/cashier. I was assigned to various jobs — cashier, fill vending machines.

My present position was making breakfast sandwiches — 6 trays 24 per tray, cook pretzels and bag cookies.

CAROL SKINNER                    PAGE 2

I had severe right knee pains. I kept on working until one day I could not walk.

In December 2005 I had surgery an ARTHROPLASTY I was out of work until January 30, 2006.

I returned to the same job making sandwiches. The manager was understanding. I never had a problem. School ended in June.

School began again at the end of August. The director called me in July to see if I could return in August. I said yes.

When I returned, my knee was very painful but I still was able to work. I was using a cane. The director said she did not want me using a cane and sent me home.

CAROL SKINNER                    PAGE 3

When she saw me again, she said, "We cannot have this." I told her I would not use the cane.

I attended a meeting that was supposed to be talking with the Union. When I arrived I found out that the director said I did not need the Union to represent me. But I did.

Within minutes I was surprised with a letter dated October 6, 2006 saying I was being terminated. The reason used was I was slow. This was not true. Why would I work there for ten (10) years if I was slow? I became very upset. I never saw this coming.

I was replaced by three (3) people.