UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Carol Skinner

        v.          Civil No. 09-cv-193-JL

Salem School District

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 8, 2009, no objection having been filed.

SO ORDERED.

September 30, 2009          _____
                                          Joseph N. Laplante
                                          United States District Judge

cc:     Carol Skinner, Pro se